MERCHANTS & BANKERS GUARANTY CO. v. WILLIAM W. ROBERTS.

191 So. 859
Division A
Opinion Filed September 15, 1939
Rehearing Denied October 10, 1939

*Baxter & Clayton* and *Dean Boggs,* for Plaintiff in Error;
*Fielding & Duncan,* for Defendant in Error;

PER CURIAM.—The Court has carefully examined the record filed in this case and is of the opinion that no error in the ruling of the lower court is clearly made to appear; therefore, the judgment is affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.